In the Matter of SUYDAM HOLDING CORPORATION, Respondent. ESAU SALLAH, et al., Doing Business under the Name of E. SALLAH & SONS, et al., Appellants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ. [See ante, p. 948.]

MARGARET LOUGHLIN, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for reargument denied, without costs. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ. [See ante, p. 941.]

GRACE WALLAU, Respondent, v. ALEXANDER WALLAU, Appellant.— Motion to amend the decision of this court dated May 27, 1946 (ante, p. 954), by striking therefrom the words "Appeal from judgment entered April 11, 1946, dismissed, without costs. No such judgment is printed in the record on appeal" granted, upon stipulation of the parties, and the order entered on such decision is amended accordingly. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ.

HELEN BAROTH, Respondent, v. ARTHUR BAROTH, Appellant.— Order of the Domestic Relations Court of the City of New York (Family Court), Kings County, directing appellant to pay $3 a week toward the support of his grandchild, the infant son of petitioner, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Aldrich, JJ.

CENTRAL SMELTING Co., INC., Respondent, v. HERMAN RATOFF, Appellant. HERMAN RATOFF, Appellant, v. CENTRAL SMELTING Co., INC., Respondent.— Order removing to the Supreme Court, Queens County, an action pending in the City Court, Bronx County, and consolidating it with an action pending in the Supreme Court, Queens County, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ., concur.

HELEN DODGE, Appellant, v. WALTER DODGE, Defendant.— In an action for an annulment of marriage on the ground of defendant's fraud in inducing plaintiff to marry him, the defendant defaulted and an inquest was taken. An order was entered dismissing plaintiff's complaint and directing the entry of judgment accordingly. Order unanimously affirmed, without costs. (Sherman v. Sherman, 267 App. Div. 884.) Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ.

MICHAEL J. DRISCOLL et al., Appellants, v. GEORGE F. BRUNNER et al., Respondents. — In an action to enjoin violations of the Zoning Ordinance of the Town of Harrison, Westchester County, judgment entered after trial by an official referee, decreeing that respondents' occupancy of their dwelling, which includes occupancy by respondents' sons and their families, is not in violation of the ordinance, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ.